Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and*
*Spin Master Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. AND SPIN MASTER INC., <br><br> *Plaintiffs* <br><br> v. <br><br> BABY-HAPPY STORE, et al., <br><br> *Defendants* | **ORDER TO UNSEAL** <br><br> **20-cv-6456 (ER)** |
| SPIN MASTER LTD. AND SPIN MASTER INC., <br><br> *Plaintiffs* <br><br> v. <br><br> 010, et al., <br><br> *Defendants* | **20-cv-6457 (ER)** |

WHEREAS the Court orders that these Actions be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __4th__ day of _September_ 2020, at _2:12_ _p.m.
New York, New York

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE