UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. *and* SPIN MASTER, INC.,<br><br>     Plaintiffs,<br><br>  – *against* –<br><br>BABY-HAPPY STORE, *et al.*,<br><br>     Defendants. | **ORDER**<br><br><br>20 Civ. 6456 (ER) |
| SPIN MASTER LTD. *and* SPIN MASTER, INC.,<br><br>     Plaintiffs,<br><br>  – *against* –<br><br>010, *et al.*,<br><br>     Defendants. | 20 Civ. 6457 (ER) |

RAMOS, D.J.:

  On or about August 28, 2020, SpinMaster served all defendants with process. As of September 18, 2020, many of those defendants' time to answer expired. Accordingly, SpinMaster is directed to submit a status update in both cases to the Court by November 1, 2020, providing a date by which it will be prepared to file for default judgment, if at all.

It is SO ORDERED.

Dated: October 2, 2020
    New York, New York

                            EDGARDO RAMOS, U.S.D.J.