Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., <br> *Plaintiffs* <br><br> v. <br><br> BABY-HAPPY STORE, *et al.*, <br> *Defendants* | **CIVIL ACTION No.** <br> **20-cv-6456 (ER)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Shenzhen Huanouya Technology Co., Ltd in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

2

Dated: October 16, 2020    Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Brieanne Scully
      Brieanne Scully (BS 3711)
      bscully@ipcounselors.com
      EPSTEIN DRANGEL LLP
      60 East 42nd Street, Suite 2520
      New York, NY 10165
      Telephone: (212) 292-5390
      Facsimile: (212) 292-5391
      *Attorneys for Plaintiffs*
      *Spin Master Ltd. and Spin Master, Inc.*

**It is so ORDERED.**

Signed at New York, NY on  October 19  , 2020.

_____
Judge Edgardo Ramos
United States District Judge