Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., *Plaintiffs* <br><br> v. <br><br> BABY-HAPPY STORE, *et al.,* *Defendants* | CIVIL ACTION No. 20-cv-6456 (ER) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Shantou Chenghai Jinshuo Trading Firm in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: October 13, 2020                                    Respectfully submitted,

                                                           **EPSTEIN DRANGEL LLP**

                                              BY:   /s/ Brieanne Scully
                                                    Brieanne Scully (BS 3711)
                                                    bscully@ipcounselors.com
                                                    EPSTEIN DRANGEL LLP
                                                    60 East 42nd Street, Suite 2520
                                                    New York, NY 10165
                                                    Telephone: (212) 292-5390
                                                    Facsimile: (212) 292-5391
                                                    *Attorneys for Plaintiffs*
                                                    *Spin Master Ltd. and Spin Master, Inc.*

**It is so ORDERED.**

Signed at New York, NY on  October 19  , 2020.

                                              _____
                                              Judge Edgardo Ramos
                                              United States District Judge