UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD., <br><br>     Plaintiff, <br><br> – against – <br><br> BABY-HAPPY STORE, et al., <br><br>     Defendants. <br><br> SPIN MASTER LTD., <br><br>     Plaintiff, <br><br> – against – <br><br> 010, et al., <br><br>     Defendants. | **ORDER** <br><br> 20 Civ. 6456 (ER) <br> 20 Civ. 6457 (ER) |

Ramos, D.J.:

On December 30, 2020, the Clerk of Court issued a certificate of default as to numerous defendants in the above-captioned cases. No further activity has happened in this case, other than the notice of voluntary dismissal of several defendants. Plaintiff is therefore instructed to move for default judgments as to the remaining defendants that have not been dismissed in these cases by October 29, 2021.

It is SO ORDERED.

Dated:  September 30, 2021
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.